## Commonwealth *v.* Miles, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Anthony S. Miles,* appellant, in propria persona.

*James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed. See *Commonwealth v. McBride,* 440 Pa. 81, 269 A. 2d 737 (1970); *Commonwealth ex rel. Davis v. Russell,* 422 Pa. 223, 220 A. 2d 858 (1966).

Mr. Justice COHEN took no part in the decision of this case.